FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, subscribing to Policy B0572MA172594,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CPC INTERNATIONAL APPLE COMPANY,<br><br>　　　　　　Defendant. | No.　1:21-CV-03106-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 4, 2022, the parties filed a stipulated dismissal, ECF No. 7. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(B), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 7**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

//

//

     **5.**    The Clerk's Office is directed to **CLOSE** this file.

     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

     **DATED** this 7th day of January 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2